```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| VETTER MOORE,                     : | |
|     Plaintiff | |
|                         : | |
|     vs.                    : | CIVIL NO. 1:CV-05—0167 |
|                         : | (Judge Caldwell) |
| WARDEN SMITH,                     | (Magistrate Judge Smyser |
|     Defendant         : | |

*O R D E R*

AND NOW, this 25th day of August, 2005, upon consideration of the report and recommendation (doc. 48) of the magistrate judge, filed July 29, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  This matter is remanded to the magistrate judge for further proceedings.

                                           /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge