IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VETTER MOORE,                        :
    Plaintiff
                                    :

    vs.                              :    CIVIL NO. 1:CV-05—0167

                                    :         (Judge Caldwell)
WARDEN SMITH,                            (Magistrate Judge Smyser)
    Defendant                        :


O R D E R

AND NOW, this 27th day of June, 2006, upon consideration of the report (doc.84) of the Magistrate Judge, filed June 7, 2006, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Defendant's motion for summary judgment (doc. 77) is granted. The Clerk of Court shall enter judgment in favor of the Defendant, Warden Smith, and against the Plaintiff, Vetter Moore.

    3. The Clerk of Court shall close the file.


                                             /s/William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge